## ORDER

PER CURIAM:

AND NOW, this 23 rd day of March, 1999, the Petitions for Allowance of Appeal are granted. The order of the Superior Court is reversed, and these matters are remanded to that court for reconsideration in light of this court's decision in *Washington v. Baxter*, 553 Pa. 434, 719 A.2d 733 (1998).

**COMMONWEALTH of Pennsylvania,**
**Respondent,**

v.

**Michael BOHNER, Petitioner.**

Supreme Court of Pennsylvania.

March 23, 1999.

### ORDER

PER CURIAM:

AND NOW, this 23 rd day of March, 1999, the Petition for Allowance of Appeal is GRANTED, the Order of the Superior Court is VACATED and this matter is REMANDED to the trial court for further consideration in light of this Court's decision in *Commonwealth v. Anders*, —— Pa. ——, 725 A.2d 170 (1999).

**COMMONWEALTH of Pennsylvania,**
**Respondent,**

v.

**Jeremy A. NEITZ, Petitioner.**

Supreme Court of Pennsylvania.

March 23, 1999.

### ORDER

PER CURIAM:

AND NOW, this 23 rd day of March, 1999, the Petition for Allowance of Appeal is GRANTED, the Order of the Superior Court is VACATED and this matter is REMANDED to the trial court for further consideration in light of this Court's decision in *Commonwealth v. Anders*, —— Pa. ——, 725 A.2d 170 (1999).

**COMMONWEALTH of Pennsylvania,**
**Respondent,**

v.

**Kevin SCHRECK, Petitioner.**

Supreme Court of Pennsylvania.

March 23, 1999.

### ORDER

PER CURIAM:

AND NOW, this 23 rd day of March, 1999, the Petition for Allowance of Appeal is

GRANTED, the Order of the Superior Court is VACATED and this matter is REMANDED to the trial court for further consideration in light of this Court's decision in *Commonwealth v. Anders,* —— Pa. ——, 725 A.2d 170 (1999).

■

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Thaddeus HOUDESHELL, Petitioner.**

Supreme Court of Pennsylvania.

March 23, 1999.

***ORDER***

PER CURIAM:

**AND NOW,** this 23rd day of March, 1999, the Petition for Allowance of Appeal is GRANTED, the Order of the Superior Court is VACATED and this matter is REMANDED to the trial court for further consideration in light of this Court's decision in *Commonwealth v. Anders,* —— Pa. ——, 725 A.2d 170 (1999).

■

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Richard HOOVER, Jr., Petitioner.**

Supreme Court of Pennsylvania.

March 23, 1999.

***ORDER***

PER CURIAM:

**AND NOW,** this 23rd day of March, 1999, the Petition for Allowance of Appeal is GRANTED, the Order of the Superior Court is VACATED and this matter is REMANDED to the trial court for further consideration in light of this Court's decision in *Commonwealth v. Anders,* —— Pa. ——, 725 A.2d 170 (1999).

■

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Bradley LONG, Petitioner.**

Supreme Court of Pennsylvania.

March 23, 1999.

***ORDER***

PER CURIAM:

**AND NOW,** this 23rd day of March, 1999, the Petition for Allowance of Appeal is